**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7686**

GARRY SANDERS,

Plaintiff - Appellant,

v.

JOHN ELUWA; WAKE COUNTY PUBLIC DEFENDER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior District Judge.  (5:14-cv-00498-H)

Submitted:  December 17, 2015         Decided:  December 22, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Garry Sanders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garry Sanders appeals the district court's order adopting the magistrate judge's recommendation and dismissing Sanders' complaint for lack of jurisdiction pursuant to the Rooker-Feldman[*] doctrine. See 28 U.S.C. § 1915(e)(2)(B) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Sanders' informal brief does not challenge the basis for the district court's disposition, Sanders has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983); Rooker v. Fid. Tr. Co., 263 U.S. 413 (1923).

2